■ In the Matter of the Arbitration between JOAN PHELAN, Individually and as Administratrix of the Estate of John Phelan, Deceased, Respondent, and Motor Vehicle Accident Indemnification Corporation, Appellant.— Order

of the Supreme Court, Kings County, dated January 26, 1967 and made on reargument, affirmed insofar as appealed from, with $10 costs and disbursements, on the opinion at Special Term (*Matter of Phelan* [*MVAIC*], 52 Misc 2d 341). Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.